USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/16

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2016

Via ECF
The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hakim Matthews,* 15 CR 296 (SAS)

[Handwritten annotation: Request granted. The sentence scheduled on February 10, 2016 has been adjourned and rescheduled for March 14, 2016 at 4:30pm. The clerk of court is directed to close this motion (Docket #54). SO ORDERED. /s/ Shira A. Scheindlin, USDJ 1/28/16]

Dear Judge Scheindlin:

I write, with the consent of the government, to seek an adjournment of about 30 days of Mr. Matthews' sentencing, currently scheduled for February 10, 2016. I anticipate filing a very lengthy sentencing submission but because of my schedule and the crush of other work I cannot effectively prepare that submission in line with the current sentencing date. As such, I respectfully request a date for sentencing in or around mid-March.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:   A.U.S.A. Dina McLeod (via ECF)